

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

November 2, 2020

Lorien Whyte
Pozza & Whyte, PLLC
239 E. Commerce Street
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Sylvia  A. Cardona
Jefferson Cano
112 East Pecan, Suite 1650
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Luis Duran Jr.
Court Reporter, 73rd District Court
100 Dolorosa St, #2.10
San Antonio, TX 78205-3028
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-20-00494-CV
        Trial Court Case Number:   2020-CI-09053
        Style:  American Medical Home Health Services, LLC, Hub City Home
Health, Inc. d/b/a American Medical Home Health Services, American
Medical Home Health Services San Antonio, LLC, American Medical
Hospice Care, LLC, American Medical Palliative Support, LLC,
Magdalena (Maggie) Clemente, Rene Estrada, and Gina Trevino
           v.
        Legacy Home Health Agency, Inc. and Legacy Home Care
Services, Inc. d/b/a All Seasons Home Care, Inc.

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ, Clerk of
Court

Cecilia Phillips
Deputy Clerk, Ext. 5-3221

cc: Emma K. Cano (DELIVERED VIA E-MAIL)
Scott Alan Seelhoff (DELIVERED VIA E-MAIL)
Mary Angie Garcia (DELIVERED VIA E-MAIL)
Dan Pozza (DELIVERED VIA E-MAIL)
Gilberto Hinojosa (DELIVERED VIA E-MAIL)
Dinah L. Gaines (DELIVERED VIA E-MAIL)
Kevin  F. Mickits (DELIVERED VIA E-MAIL)
Emily Stroup (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2020

No. 04-20-00494-CV

**AMERICAN MEDICAL HOME HEALTH SERVICES, LLC**, Hub City Home Health, Inc. d/b/a American Medical Home Health Services, American Medical Home Health Services San Antonio, LLC, American Medical Hospice Care, LLC, American Medical Palliative Support, LLC, Magdalena (Maggie) Clemente, Rene Estrada, and Gina Trevino, Appellants

v.

**LEGACY HOME HEALTH AGENCY, INC**. and Legacy Home Care Services, Inc. d/b/a All Seasons Home Care, Inc., Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable David A. Canales, Judge Presiding

# O R D E R

Court reporter Luis Duran's request for an extension of time to file the record is granted. We order the record due November 16, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court